AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| THOMAS LANE HUDSON | )  Case No. |
| DOB: xx-xx-xxxx-PDID: xxx-xxx | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 11, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and a detectable amount of Heroin and Gamma Butyrolactone. |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Knowing and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, and a mixture and substance containing a detectable amount of gamma butyrolactone. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Kelsey Minyon*
Complainant's signature

Kelsey Minyon, SA, DHS/ICE/HSI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __08/12/2021__

Judge's signature

City and state: __Washington, DC__   G. Michael Harvey, U.S. Magistrate Judge
Printed name and title