IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) Case: 1:21-mj-00564 |
| v. | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 8/12/2021 |
| **THOMAS LANE HUDSON,** | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| | ) |
| **Defendant.** | ) |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

    I, Kelsey Minyon, Special Agent of Homeland Security Investigations (HSI), Washington D.C., being first duly sworn, hereby depose and state as follows:

    1.    I am a Special Agent with Homeland Security Investigations (HSI) and have been so employed since April 2019. Since December 2019, I have been assigned to the HSI High Intensity Drug Trafficking Area (HIDTA) Group. I have received formal training and have experience in narcotics investigations. I have participated in multiple separate investigations involving the distribution of controlled substances and firearms. I have become familiar with the methods and techniques associated with the distribution of narcotics and firearms, the laundering of illegally obtained proceeds, and the organization of drug conspiracies. As a part of these investigations, I have used various investigative techniques including physical and stationary surveillance, confidential informants and cooperating sources, court-authorized interceptions, undercover operations, physical searches, mail covers, and electronic examinations of evidence. I have worked alongside and consulted with other law enforcement officials and other professionals experienced in drug-related investigations.

2. Based on my training and experience, I am familiar with how narcotics traffickers communicate and operate. I am aware of how narcotics traffickers organize and operate their illegal activities, including the use of locations, vehicles, and other resources in the furtherance of the illegal activities. I am familiar with the typical make up and operation of narcotics trafficking organizations including the distribution, storage, and transportation of the illegal drugs, the collection of money which represents the proceeds of narcotics trafficking and other criminal activity, and money laundering. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all my knowledge, or the knowledge of others, about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Possession with Intent to Distribute More than 500 grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine) and of 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(C) (Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Heroin and a Mixture and Substance Containing a Detectable Amount of Gamma Butyrolactone), have been committed by **THOMAS LANE HUDSON ("HUDSON")**.

## PROBABLE CAUSE

5. At approximately 6:00 a.m. on August 11, 2021, law enforcement officers from HSI and the Metropolitan Police Department (MPD) arrived at 1464 Rhode Island Avenue NW,

Washington D.C. 20005 to serve judicially authorized search warrant 21-SW-251 on Apartment 600, **HUDSON's** known address.

6. At approximately 6:02 a.m., officers conducted a knock and announce on the front door of Apartment 600 with no answer. Officers then forced entry into the apartment and observed a white male later identified as **HUDSON**.

7. **HUDSON** was the only occupant of the apartment and was detained and a search of the premises was conducted by members of MPD and HSI. Numerous items were discovered during the search confirming **HUDSON's** residence in the apartment, including: a Lease agreement in **HUDSON's** name, and various other forms of identification for **HUDSON**.

8. In searching the premises, law enforcement discovered and seized apparent controlled substances which were field tested and weighed. The total amount of controlled substances seized from **HUDSON's** apartment was:

   a. 1,096.4 grams of a mixture and substance containing Methamphetamine, a Schedule II controlled substance.

   b. 29.5 grams of a mixture and substance containing Heroin, a Schedule I controlled substance.

   c. 322.974 fluid ounces of a mixture and substance containing Gamma Butyrolactone ("GBL"), a Schedule I controlled substance.

9. In addition to controlled substances, law enforcement discovered assorted items related to distribution of controlled substances, including:

   a. Digital scales.

   b. Plastic zip bags.

   c. Vacuum sealer and vacuum sealer bags.

   d. Currency counting machine.

   e. Approximately $48,000 in United States currency.

10. Based on my training and experience investigating narcotics offenses, the quantity of narcotics, as well as the packaging materials and large amount of United States currency located in the apartment, **THOMAS LANE HUDSON** possessed the narcotics describe above with the intent to distribute them, rather than for personal use.

11. Based on the foregoing, your affiant asserts that there is probable cause to conclude that, on or about August 11, 2021, in the District of Columbia, **THOMAS LANE HUDSON** violated 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) (Possession with Intent to Distribute More than 500 grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine).

12. Based on the foregoing, your affiant asserts that there is probable cause to conclude that, on or about August 11, 2021, in the District of Columbia, **THOMAS LANE HUDSON** violated 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(C)) (Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Heroin and a Mixture and Substance Containing a Detectable Amount of Gamma Butyrolactone).

*Kelsey Minyon*
_____
Special Agent Kelsey Minyon
Homeland Security Investigations

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 12, 2021.

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE