AO 442 (Rev. 01/09) Arrest Warrant

11318062

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00564 |
| | ) Assigned to: Judge Harvey, G. Michael |
| THOMAS LANE HUDSON | ) Assign Date: 8/12/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* THOMAS LANE HUDSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) - knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and a detectable amount of Heroin and Gamma Butyrolactone.
21 U.S.C. § 841(a)(1), (b)(1)(C) - Knowing and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, and a mixture and substance containing a detectable amount of gamma butyrolactone.

Date: 08/12/2021

Digitally signed by G. Michael Harvey
Date: 2021.08.12 12:28:32 -04'00'

*Issuing officer's signature*

City and state: Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08-12-21, and the person was arrested on *(date)* 08-12-21
at *(city and state)* WASHINGTON DC.

Date: 08-13-21

*Arresting officer's signature*
MEC'PMY

COREY WILLIAMS DEO
*Printed name and title*