# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 21-mj-00564(GMH) |
| : | |
| **THOMAS L. HUDSON** : | |
| : | |
| **Defendant.** : | |
| : | |

## CONSENT MOTION TO CONTINUE DETENTION HEARING

Now comes counsel for the Defendant, Mr. Thomas L. Hudson, requesting that this Court continue the presently scheduled August 23, 2021 Detention Hearing. In support of this request, counsel proffers the following:

1. Mr. Hudson is presently before this court charged by way of criminal complaint with Possession with Intent to Distribute More than 500 grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine in violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(A)(viii) and Possession with the Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Heroin in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

2. Mr. Hudson was arrested on August 11, 2021 and initially presented before this Court on April 12, 2021. A detention hearing was scheduled in this atter for August 23, 2021.

3. Mr. Hudson's present counsel was appointed to his representation pursuant to the Criminal Justice Act on August 18, 2021 when it was determined that Mr. Hudson's previous counsel had a preexisting conflict. As Mr. Hudson's present counsel is just becoming familiar with the facts of the case, the Defendant hereby requests that the Detention Hearing be rescheduled for a date which is convenient for the parties and the Court.

4.	Counsel has conferred with Counsel for the government, AUSA James B. Nelson, who has represented that the government would consent to the provision of the relief requested herein.

**WHEREFORE**, counsel requests that the presently scheduled Detention Hearing be canceled and a new date set by this Court.

Respectfully Submitted,

/s/Brian K. McDaniel
Brian K. McDaniel, Esq.
The McDaniel Law Group, PLLC
1001 L. Street S.E.
Washington, D.C. 20003
Telephone (202) 331 – 0793
bkmassociates@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st Day of August, 2021, a copy of the foregoing Consent Motion to Continue Detention Hearing has been served upon counsel for the Government by ECF filing.

/s/Brian K. McDaniel
Brian K. McDaniel, Esq.