# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-mj-00564 (GMH) |
| : | |
| THOMAS LANE HUDSON : | |
| : | |
| **Defendant.** : | |
| : | |

## LINE OF APPERANCE

Please accept this correspondence as notice of the appearance of Brian K. McDaniel, Esq. as counsel of record for the Thomas Lane Hudson. Mr. McDaniel is a member in good standing with this court and maintains offices at 1001 L. Street S.E., Washington, D.C. 20003.

Respectfully Submitted,

/s/Brian K. McDaniel
Brian K. McDaniel, Esq.
The McDaniel Law Group, PLLC
1001 L. Street S.E.
Washington, D.C. 20003
Telephone (202) 331 – 0793
bkmassociates@aol.com